FILED
2014 Dec-02 PM 02:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOEL H. SIWE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:12-cv-03563-AKK-TMP |
| | ) |
| ERIC HOLDER, JR., *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On November 6, 2014, the magistrate judge filed his Second Supplemental Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice. Joel H. Siwe ("Petitioner") filed his objections to the Second Supplemental Report and Recommendation on November 26, 2014.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED WITHOUT

PREJUDICE. An order of final judgment will be entered contemporaneously herewith.

DATED the 2nd day of December, 2014

_____
 **ABDUL K. KALLON**
 UNITED STATES DISTRICT JUDGE